# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 7, 2019

## NO. 03-18-00559-CV

**Sherwin Bartonico, Appellant**

**v.**

**Aspen Zephyr Russell, Appellee**

### APPEAL FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
### DISMISSED ON APPELLANT'S MOTION—OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on August 7, 2018. Sherwin Bartonico has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.